AO 91 (Rev. 08/09) Criminal Complaint

Daniels

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
JAN 1 3 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____SU_____
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Jesse Daniel Lara | ) Case No. MO:20-M-00020 |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 10th, 2020   in the county of   Ector   in the
Western District of   Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached

☑ Continued on the attached sheet.

_____
Complainant's signature

Gerardo Ornelas, DEA, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  1-13-2020

_____
Judge's signature

City and state:   Midland, Texas     U.S. Magistrate Judge Ronald C. Griffin
*Printed name and title*

# AFFIDAVIT

1. I, Gerardo Ornelas, Task Force Officer (TFO), Drug Enforcement Administration (DEA), United States Department of Justice, being first duly sworn, deposes and states as follows:

2. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 3053. I have been employed as a Deputy Sheriff with the Ector County Sheriff's Office for approximately eight years. For the first four years I was assigned to Patrol Division. For the past four years I have been assigned as an investigator investigating narcotics and vice offenses. I'm currently assigned to DEA as a Task Force Officer investigating narcotics and vice offenses. I am currently assigned to the investigation of Jesse Daniel LARA on the accusation that he committed an offense against the United States by Felon in Possession of Firearm, in violation of 18 United States Code, Section 922.

3. The sole purpose of this affidavit is to establish that there is probable cause to believe that Jesse Daniel LARA engaged in specific criminal activity. This affidavit is made, in part, on the personal knowledge derived from participation in this investigation and, in part, upon information and belief. The source of information and belief are: oral and written reports about this investigation that have been received, either directly or indirectly from other local law enforcement officers. This affidavit does not contain all information known to law enforcement officers concerning this matter.

4. Except where otherwise noted, the information set forth in this Affidavit has been provided to me directly or indirectly by local law enforcement officers. Unless otherwise noted, whenever in this Affidavit I assert that a statement was made, the information was provided by another law enforcement officer (who may have either direct or hearsay knowledge of the statement) to whom I have spoken or whose reports I have reviewed. Similarly, information resulting from surveillance, except where otherwise indicated, does not set forth my personal observations, but rather has been provided directly or indirectly through other law enforcement officers who conducted such surveillance.

## CRIMINAL HISTORY

5. On 01/09/2011, Jesse Daniel LARA was arrested for Aggravated Assualt W/Deadly Weapon, a Second Degree Felony, by El Paso County Constable's Office. LARA was given deferred but violated and plead guilty. LARA was convicted of this charge on 03/09/2016. LARA was sentenced to 3 years confinement.

## FACTUAL BASIS OF COMPLAINT

6. On Friday, January 10th, 2020, Ector County Sheriff's Office Deputy Jayson Renforth was dispatched to 7319 W. 24th Street reference to a disturbance. Deputies were advised prior to their arrival that there were multiple subjects fighting with bats and other weapons.

7. Upon arrival to the area Deputy Renforth located the complainant and directed him to the rear driveway of the next-door residence. Deputy Renforth observed a black in color 2012 Ford Focus four door bearing TX LP # MBH-2647 registered to Jesse Daniel LARA. Deputy Renforth observed the vehicle to be occupied and still running.

8. The driver who was later identified as LARA exited the front driver seat of the described vehicle and attempted to walk away from Deputy Renforth. LARA was detained pending the investigation of the disturbance. Deputy did request consent to search LARA's person, LARA did give verbal consent to search his person. A quantity of methamphetamine was located on LARA's front right pants pocket. Deputy Renforth also located a black in color leather "Yaqui Slide" holster on LARA's belt on his person. The holster was for a pistol type firearm.

9. Deputy Renforth approached the vehicle and observed a bong/water pipe that was in plain view on the floorboard of the vehicle. Deputy Renforth conducted a search of the vehicle and located a stainless steel two tone Sig Sauer SP2022 Semi-Automatic handgun, 9mm, serial # 24B115969, manufactured in Exeter, New Hampshire. The firearm was located on the floorboard underneath the front passenger side seat. The magazine was fully loaded but a live round was not chambered. NCIC/TCIC check was conducted on the Sig and was reported as a stolen firearm.

10. Deputy Renforth also located a stainless steel two tone Taurus PT140 Pro semi-automatic handgun, .40 caliber S&W, serial # SZL54683, manufactured in Poro Alegre, Brazil. The firearm was located in a metal case on the floorboard underneath the driver's seat. The case was unlocked and partially opened when found. The magazine was loaded but a round was not chambered. NCIC/TCIC check was conducted on the Taurus and had not been reported stolen at that time. LARA was arrested on state charges pending formal federal charges.

12. DEA TFO Gerardo Ornelas contacted AUSA Brandi Young in consideration of federal prosecution of LARA. AUSA Young accepted to prosecute LARA on the federal level.

## FEDERAL CRIMINAL VIOLATIONS

13. Based upon the information contained in this affidavit, there is probable cause to believe that Jesse Daniel LARA is a prohibited person, specifically a convicted felon, who was in possession of a firearm in violation of Title 18, United States Code, Section 922 (g)(1). If convicted, LARA faces up to ten (10) years of confinement, a $250,000 fine, up to three (3) years of supervised release, and a $100 special assessment.

_____
Gerardo Ornelas, Task Force Officer
Drug Enforcement Administration

Sworn and Subscribed before me this \_\_13th\_\_ day of January, 2020

_____
United States Magistrate Judge
Ronald C. Griffin